**UNITED STATES DISTRICT COURT**
Northern District of Alabama
Office of the Clerk
Hugo L. Black United States Courthouse
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

June 26, 2020

Dave Smith, Clerk of Court
U.S. Court of Appeals, 11th Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

U.S.D.C. No. 1:18-cv-1979
U.S.C.A. No.  NEW APPEAL
IN RE: Holt v Kyocera Document Solutions Alabama, LLC

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this transmittal.

X	Certified copy of Notice of Appeal, Docket Entries and Judgment/Order and Opinion appealed from enclosed.  Please check if judgment was oral:

	Certified record  supplemental record on appeal consisting of:  volume(s) of pleadings, etc.;  volume(s) of transcripts;

X	First Notice of Appeal?   YES	Dates of other Notices:

	The following materials **SEALED** in this court (order enclosed) consisting of:

	Original papers (court file) and certified copy of docket entries per USCA request.

X	There was no hearing from which a transcript could be made.

	Copy of CJA Form 20 or District Court order appointing counsel.

X	The appellant docket fee has been paid.	Date Paid: 6/26/2020

	The appellant has been  leave to appeal in forma pauperis and  a request for certificate of appealability (order enclosed).

X	The Judge/Magistrate Judge appealed from is: Annemarie Carney Axon

	The Court Reporter is:

	This is a **BANKRUPTCY APPEAL**.  Please send notice of final order and/or opinion to: Scott W. Ford, Acting Clerk, U.S. Bankruptcy Court, 1800 5th Avenue North, Birmingham, Alabama 35203.

	This is a **DEATH PENALTY** appeal.

	Appellant having failed to cure procedural defects re: appeal fee, the appeal is due to be DISMISSED.

	Other:

xc:  Counsel	Sharon Harris, Clerk

	By: s/ K. Kimbrough
	Deputy Clerk